# Exhibit A: Infringed Works

# E. Molly Tanzer: Creatures of Will and Temper (TX0008617767)

Type of Work:     Text

Registration Number / Date:
                  TX0008617767 / 2018-02-14

Application Title: Creatures of Will and Temper.

Title:            Creatures of Will and Temper.

Description:      Book, 355 p.

Copyright Claimant:
                  Molly Tanzer. Address: c/o Houghton Mifflin Harcourt, 125 High
                  Street, Boston, MA, 02110.

Date of Creation: 2017

Date of Publication:
                  2017-11-14

Nation of First Publication:
                  United States

Authorship on Application:
                  Molly Tanzer; Domicile: United States; Citizenship: United
                  States. Authorship: Novel.

Names:            Tanzer, Molly

ISBN:             78-1-328-71026-0

Rights and Permissions:
                  Houghton Mifflin Harcourt - Trade Permissions, 3 Park Avenue
                  South, 19th Floor, New York, NY, 10016

# Jennifer Gilmore: If Only (TX0008629355)

Type of Work:      Text

Registration Number / Date:
                   TX0008629355 / 2018-08-14

Title:             If Only

Application Title: If Only

Description:       Book, 275 p.

Copyright Claimant:
                   Jennifer Gilmore.
                   Address: c/o HarperCollins Publishers, 195 Broadway, New York,
                   NY, 10007, United States.

Authorship on Application:
                   Jennifer Gilmore; Domicile: United States; Citizenship: United
                   States. Authorship: Novel.

Date of Creation:  2018

Date of Publication:
                   2018-07-01

Nation of First Publication:
                   United States

Names:             Gilmore, Jennifer