Joseph W. Cotchett (SBN 36324)
Brian Danitz (SBN 247403)
Gia Jung (SBN 340160)
Caroline Yuen (SBN 354388)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com
cyuen@cpmlegal.com

Karin B. Swope (*pro hac vice* forthcoming)
Thomas Loeser (SBN 202724)
Andrew Fuller (*pro hac vice* forthcoming)
Jacob Alhadeff (*pro hac vice* forthcoming)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1600
Seattle WA 98101
Tel: (206) 802-1272
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

*Counsel for Plaintiff Tasha Alexander*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| E. MOLLY TANZER, an individual; and JENNIFER GILMORE, an individual.<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>SALESFORCE, INC.,<br><br>    Defendant. | Case No. 3:25-cv-08862-CRB<br><br>**ADMINSTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12** |

*(Caption continued on next page)*

TASHA ALEXANDER, an Individual on Behalf of Herself and All Others Similarly Situated,

     Plaintiff,

      v.

SALESFORCE, INC.,

     Defendant.

Case No. 5:25-cv-09560-VKD

ADMIN. MOT. TO RELATE CASES

Pursuant to Local Rule 3-12(a) and 7-11, Plaintiff Tasha Alexander, in *Alexander v. Salesforce, Inc.*, No. 5:25-cv-09560 (N.D. Cal.) (filed November 5, 2025) (the "*Alexander* Action"), submits this administrative motion to consider whether the *Alexander* Action should be related to this first-filed, lowest-numbered case, *Tanzer, et al. v. Salesforce, Inc.*, No. 3:25-cv-08862-CRB (N.D. Cal.) (the "*Tanzer* Action"), filed in this district on October 15, 2025, now pending before this Court.

Counsel for Plaintiff Alexander have met and conferred with counsel for plaintiffs in the *Tanzer* Action (collectively, the "Parties"). The Parties agree that the *Alexander* Action should be related to the *Tanzer* Action and submit a Joint Stipulation in Support of Administrative Motion to Relate Cases Under Civil Local Rule 3-12 herewith.

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) The allegations concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here. Both actions are for a single claim of direct copyright infringement that puts at issue the same alleged conduct— Salesforce's alleged reproduction of books to train the same large language models. These actions concern substantially the same parties, property, and events.

Given that both actions concern the same defendant and involve the same conduct and claims, different Judges conducting parallel actions would be an undue burden and duplication of labor, expenses, and judicial resources, and could lead to potentially inconsistent results. Accordingly, relating the *Alexander* Action with the *Tanzer* Action will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rules 3-12(a).

For the reasons set forth above, the Parties respectfully request that the Court relate the *Alexander* Action, Case No. 5:25-cv-09560 to the *Tanzer* Action, Case No. 3:25-cv-08862-CRB, pursuant to Local Rule 3-12(a).

ADMIN. MOT. TO RELATE CASES

1

Dated: November 6, 2025

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

**COTCHETT, PITRE & MCCARTHY, LLP**

By: */s/ Joseph W. Cotchett*
Joseph W. Cotchett, Cal. Bar No. 36324
Brian Danitz, Cal. Bar No. 247403
Gia Jung, Cal. Bar No. 340160
Caroline Yuen, Cal. Bar No. 354388
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com
cyuen@cpmlegal.com

Karin B. Swope (*pro hac vice* pending)
Thomas E. Loeser, Cal. Bar No. 202724
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

*Counsel for Plaintiff Tasha Alexander*

1

**SIGNATURE ATTESTATION**

2

 I am the ECF User whose identification and password are being used to file the foregoing

3

ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12.

4

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Lesley E. Weaver, attest that the other Signatory

5

has concurred in the filing of the document.

6

7

Dated: November 6, 2025        */s/  Lesley E. Weaver*

8

                 Lesley E. Weaver

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28