| | |
|---|---|
| Joseph R. Saveri (SBN 130064)<br>Christopher K.L. Young (SBN 318371)<br>William W. Castillo Guardado (SBN 294159)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>  cyoung@saverilawfirm.com<br>  wcastillo@saverilawfirm.com<br><br>*Attorneys for Individual and Representative Plaintiffs*<br>*E. Molly Tanzer and Jennifer Gilmore* | Joseph Charles Gratz (SBN 240676)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Email: JGratz@mofo.com<br><br>*Attorneys for Defendant Salesforce, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MOLLY TANZER, an individual; and<br>JENNIFER GILMORE, an individual.<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>SALESFORCE, INC.<br><br>  Defendant. | Case No. 25-cv-08862-CRB<br><br>**STIPULATION SETTING TIME TO RESPOND TO THE COMPLAINT** |

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiffs E. Molly Tanzer and Jennifer Gilmore and Defendant Salesforce, Inc., by and through their respective counsel of record, agree that Defendant's response to Plaintiffs' Class Action Complaint (ECF No. 1) shall be due on or before December 15, 2025. This stipulated extension will not alter any deadline already fixed by Court order.

Dated: November 7, 2025                             JOSEPH SAVERI LAW FIRM, LLP

                                        By:  /s/ *Joseph R. Saveri*
                                             Joseph R. Saveri
                                             jsaveri@saverilawfirm.com

                                             *Counsel for Individual and Representative Plaintiffs E. Molly Tanzer and Jennifer Gilmore*

Dated: November 7, 2025                             MORRISON & FOERSTER LLP

                                        By:  /s/ *Joseph Charles Gratz*
                                             Joseph Charles Gratz
                                             JGratz@mofo.com

                                             *Counsel for Defendant Salesforce, Inc.*


### SIGNATURE ATTESTATION

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

                                        By:  /s/ *Joseph R. Saveri*
                                             Joseph R. Saveri