| | |
|---|---|
| Joseph W. Cotchett (SBN 36324) | Joseph R. Saveri (SBN 130064) |
| **COTCHETT, PITRE &** | Christopher K.L. Young (SBN 318371) |
|   **MCCARTHY, LLP** | William W. Castillo Guardado (SBN 294159) |
| 840 Malcom Road | **JOSEPH SAVERI LAW FIRM, LLP** |
| Burlingame, CA 94010 | 601 California Street, Suite 1505 |
| Tel: 650-697-6000 | San Francisco, CA 94108 |
| jcotchett@cpmlegal.com | Telephone: (415) 500-6800 |
| | Facsimile: (415) 395-9940 |
| Lesley E. Weaver (SBN 191305) | jsaveri@saverilawfirm.com |
| Anne K. Davis (SBN 267090) | cyoung@saverilawfirm.com |
| Joshua D. Samra (SBN 313050) | wcastillo@saverilawfirm.com |
| **BLEICHMAR FONTI & AULD LLP** | |
| 1330 Broadway, Suite 630 | *Counsel for Plaintiffs E. Molly Tanzer and* |
| Oakland, CA 94612 | *Jennifer Gilmore* |
| Tel. (415) 445-4003 | |
| lweaver@bfalaw.com | |
| adavis@bfalaw.com | |
| jsamra@bfalaw.com | |

*Counsel for Plaintiff Tasha Alexander*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MOLLY TANZER, an individual; and JENNIFER GILMORE, an individual.<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>SALESFORCE, INC.,<br><br>   Defendant. | Case No. 3:25-cv-08862-CRB<br><br>**JOINT STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12**: ORDER |
| TASHA ALEXANDER, an Individual on Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SALESFORCE, INC.,<br><br>   Defendant. | Case No. 5:25-cv-09560-VKD |

STIPULATION IN SUPPORT OF ADMIN. MOT. TO RELATE CASES

Pursuant to Local Rule 3-12(a) and 7-11, Plaintiffs E. Molly Tanzer and Jennifer Gilmore, in *Tanzer, et al. v. Salesforce, Inc.*, No. 3:25-cv-08862-CRB (N.D. Cal.) (the "*Tanzer* Action"), and Plaintiff Tasha Alexander, in *Alexander v. Salesforce, Inc.*, No. 5:25-cv-09560-VKD (N.D. Cal.) (the "*Alexander* Action") (collectively, the "Parties") jointly request that the above-captioned actions (the "Actions") be related. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, the Parties agree that the *Alexander* Action is related to the *Tanzer* Action pursuant to Civil Local Rule 3-12(a), which provides that an action is related to another when: "(1) The allegations concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges";

WHEREAS, both of those requirements of L.R. 3-12(a) are satisfied. The *Alexander* Action and the *Tanzer* Action involve overlapping putative classes of copyright owners against Defendant Salesforce, Inc. Both actions are for a single claim of direct copyright infringement that puts at issue the same alleged conduct— Salesforce's alleged reproduction of books to train the same large language models. As such, these actions concern substantially the same parties, property, and events;

WHEREAS, given the substantial overlap between the cases, proceeding before different Judges is likely to result in "an unduly burdensome duplication of labor and expense" and creates the possibility of "conflicting results";

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

1. The *Tanzer* and *Alexander* Actions are related pursuant to Civil Local Rule 3-12(a).

Dated: November 6, 2025

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)

1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

**COTCHETT, PITRE & MCCARTHY, LLP**

By: /s/ Joseph W. Cotchett
Joseph W. Cotchett, Cal. Bar No. 36324
Brian Danitz, Cal. Bar No. 247403
Gia Jung, Cal. Bar No. 340160
Caroline Yuen, Cal. Bar No. 354388
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com
cyuen@cpmlegal.com

Karin B. Swope (*pro hac vice* to be filed)
Thomas E. Loeser, Cal. Bar No. 202724
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

*Counsel for Plaintiff Tasha Alexander*

Dated: November 6, 2025          **JOSEPH SAVERI LAW FIRM, LLP.**

By: /s/ Joseph R. Saveri
Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
wcastillo@saverilawfirm.com

*Counsel for Plaintiffs E. Molly Tanzer and Jennifer Gilmore*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Lesley E. Weaver, attest that each of the other Signatories have concurred in the filing of the document.

Dated: November 6, 2025                    /s/      *Lesley E. Weaver*
                                            Lesley E. Weaver

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: November 18, 2025

_____
Judge Charles R. Breyer
United States District Judge