| | |
|---|---|
| Joseph C. Gratz (SBN 240676) <br> Tiffany Cheung (SBN 211497) <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, CA 94105 <br> T: (415) 268-7000 <br> F: (415) 268-7522 <br> JGratz@mofo.com <br> TCheung@mofo.com <br><br> *Attorneys for Defendant Salesforce, Inc.* | Joseph R. Saveri (SBN 130064) <br> Christopher K.L. Young (SBN 318371) <br> William W. Castillo Guardado (SBN 294159) <br> **JOSEPH SAVERI LAW FIRM, LLP** <br> 601 California Street, Suite 1505 <br> San Francisco, CA 94108 <br> T: (415) 500-6800 <br> F: (415) 395-9940 <br> jsaveri@saverilawfirm.com <br> cyoung@saverilawfirm.com <br> wcastillo@saverilawfirm.com <br><br> *Attorneys for Individual and Representative Plaintiffs* <br> *E. Molly Tanzer and Jennifer Gilmore* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MOLLY TANZER, an individual; and JENNIFER GILMORE, an individual. <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> SALESFORCE, INC. <br><br> Defendant. | Case No. 3:25-cv-08862-CRB <br><br> **STIPULATION SETTING TIME TO RESPOND TO THE COMPLAINT** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 – 17th Floor <br><br> Action Filed: October 15, 2025 <br> Trial Date: TBD |

Pursuant to Rule 6-1(a) and 7-12 of the Local Rules of the United States District Court, Northern District of California, Plaintiffs E. Molly Tanzer and Jennifer Gilmore and Defendant Salesforce, Inc., by and through their respective counsel of record, agree that Defendant's response to Plaintiffs' Class Action Complaint (ECF No. 1) shall be due on or before January 20, 2026. The parties further stipulate and agree that: (1) Defendant's response to the complaint will be due no later than the deadline to respond to any complaint arising out of the same or similar facts filed in the United States; and (2) jurisdiction and venue are proper in the Northern District of California under 28 U.S.C. § 1391(c)(2).  This stipulated extension will not alter any deadline already fixed by Court order.

Dated: December 15, 2025                                  MORRISON & FOERSTER LLP

                                            By:   /s/ Joseph C. Gratz
                                                  Joseph C. Gratz
                                                  JGratz@mofo.com
                                                  Tiffany Cheung
                                                  TCheung@mofo.com

                                                  *Counsel for Defendant Salesforce, Inc.*
Dated: December 15, 2025                          JOSEPH SAVERI LAW FIRM, LLP

                                            By:   /s/ Joseph R. Saveri
                                                  Joseph R, Saveri
                                                  jsaveri@saverilawfirm.com

                                                  *Counsel for Individual and Representative Plaintiffs E. Molly Tanzer and Jennifer Gilmore*

### SIGNATURE ATTESTATION

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

                                            By:   /s/ Joseph R. Saveri
                                                  Joseph R. Saveri

Case No. 3:25-cv-08862-CRB
STIPULATION SETTING TIME TO RESPOND TO THE COMPLAINT