UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tanzer, et al.                    ,

Plaintiff(s),

v.

Salesforce, Inc.                    ,

Defendant(s).

Case No. 3:25-cv-08862-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3)

I, Avery Wolff, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Tanzer, et al. in the above-entitled action. My local co-counsel in this case is William W.Castillo Guardado, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 294159.

40 Worth St Rm 602, New York, NY

MY ADDRESS OF RECORD

601 California Street, Suite 1505

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 500-6800 ext. 972

MY TELEPHONE # OF RECORD

415-500-6800

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

awolff@saverilawfirm.com

MY EMAIL ADDRESS OF RECORD

wguardado@saverilawfirm.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6078596.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/23/26

Avery Wolff
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Avery Wolff  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 26, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE