| | |
|---|---|
| Joseph R. Saveri (SBN 130064) | Karin B. Swope (*pro hac vice*) |
| Christopher K.L. Young (SBN 318371) | Thomas E. Loeser, (SBN 202724) |
| William W. Castillo Guardado (SBN 294159) | Andrew Fuller (*pro hac vice* to be filed) |
| Avery M. Wolff (*Pro Hac Vice*) | Jacob M. Alhadeff (*pro hac vice* to be filed) |
| **JOSEPH SAVERI LAW FIRM, LLP** | **COTCHETT, PITRE & MCCARTHY, LLP** |
| 601 California Street, Suite 1505 | 1809 7th Ave., Ste. 1610 |
| San Francisco, CA 94108 | Seattle, WA 98101 |
| Telephone: (415) 500-6800 | Tel: (206) 802-1272 |
| Facsimile: (415) 395-9940 | Fax: (206) 299-4184 |
| Email: jsaveri@saverilawfirm.com | Email: kswope@cpmlegal.com |
|     cyoung@saverilawfirm.com |     tloeser@cpmlegal.com |
|     wcastillo@saverilawfirm.com |     afuller@cpmlegal.com |
|     awolff@saverilawfirm.com |     jalhadeff@cpmlegal.com |

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com
    adavis@stranchlaw.com
    jsamra@stranchlaw.com

*Attorneys for Individual and Representative Plaintiffs
E. Molly Tanzer, Jennifer Gilmore, Tasha Alexander,
Jon McGoran, and Art Kleiner*

[Additional counsel on signature block below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MOLLY TANZER, an individual; JENNIFER GILMORE, an individual; TASHA ALEXANDER, an individual; JON MCGORAN, an individual; and ART KLEINER, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>    Defendant. | Master File Case No. 3:25-cv-08862-CRB<br>Consolidated with Case No. 3:25-cv-09560-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING CASE CAPTION**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION**

The Parties request that the Court enter the [Proposed] Pretrial Order No. 1 filed concurrently with this stipulation. The parties base their stipulation on the following facts:

WHEREAS, on October 15, 2025, Plaintiffs E. Molly Tanzer and Jennifer Gilmore filed a Complaint against Defendant in *Tanzer, et al. v. Salesforce Inc.*, Case No. 3:25-8862-CRB (N.D. Cal. October 15, 2025) (the "*Tanzer* Action") (*Tanzer* Dkt No. 1); and

WHEREAS, on November 5, 2025, Plaintiff Tasha Alexander filed a Complaint against Defendant in *Alexander v. Salesforce, Inc.* Case No. 3:25-cv-09560-CRB (N.D. Cal. November 5, 2025) (the "*Alexander* Action") (*Alexander* Dkt No. 1); and

WHEREAS, on December 26, 2025, Plaintiffs' counsel and Defendant's counsel in the *Tanzer* and *Alexander* Actions stipulated to the consolidation of the two actions. (*Tanzer* Dkt. No. 16); and

WHEREAS, on December 31, 2025, the Court issued an Order granting the stipulation and consolidating the *Tanzer* and *Alexander* Actions. (*Tanzer* Dkt. No. 17); and

WHEREAS, on January 20, 2026, Plaintiffs filed a First Amended Consolidated Complaint, adding additional named Plaintiffs and consolidating the allegations in the *Tanzer* and *Alexander* Complaints. (*Tanzer* Dkt. No. 23); and

WHEREAS, to ensure efficient case management and in the interests of justice.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, as follows:

1.    The Court shall enter [Proposed] Pretrial Order No. 1 filed herewith.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2026 | By:  /s/ Joseph R. Saveri |

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
Avery M. Wolff (*Pro Hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
           cyoung@saverilawfirm.com
           wcastillo@saverilawfirm.com
           awolff@saverilawfirm.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com
           adavis@stranchlaw.com
           jsamra@stranchlaw.com

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email:  kswope@cpmlegal.com
           tloeser@cpmlegal.com
           afuller@cpmlegal.com
           jalhadeff@cpmlegal.com

|   |   |
|---|---|
| | Joseph I. Marchese (*pro hac vice* to be filed)<br>Julian C. Diamond (*pro hac vice* to be filed)<br>Caroline C. Donovan (*pro hac vice* to be filed)<br>**BURSOR & FISHER, P.A.**<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (646) 837-7150<br>Fax: (212) 989-9163<br>Email: jmarchese@bursor.com<br>       jdiamond@bursor.com<br>       cdonovan@bursor.com<br><br>*Attorneys for Individual and Representative Plaintiffs E. Molly Tanzer, Jennifer Gilmore, Tasha Alexander, Jon McGoran, and Art Kleiner* |

Dated: February 6, 2026          By:     */s/ Joseph C. Gratz*

Joseph Charles Gratz (SBN 240676)
Tiffany Cheung (SBN 211497)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: jgratz@mofo.com
       tcheung@mofo.com

*Counsel for Defendant Salesforce, Inc.*

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____                    _____
                                            Hon. Charles R. Breyer
                                            United States District Judge

**SIGNATURE ATTESTATION**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  /s/ Joseph R. Saveri
Joseph R. Saveri