Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
Avery M. Wolff (*Pro Hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        cyoung@saverilawfirm.com
        wcastillo@saverilawfirm.com
        awolff@saverilawfirm.com

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email:  kswope@cpmlegal.com
        tloeser@cpmlegal.com
        afuller@cpmlegal.com
        jalhadeff@cpmlegal.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com
       adavis@stranchlaw.com
       jsamra@stranchlaw.com

*Attorneys for Individual and Representative Plaintiffs*
*E. Molly Tanzer, Jennifer Gilmore, Tasha Alexander,*
*Jon McGoran, and Art Kleiner*

*[Additional counsel on signature block below]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MOLLY TANZER, an individual; JENNIFER GILMORE, an individual; TASHA ALEXANDER, an individual; JON MCGORAN, an individual; and ART KLEINER, an individual,<br><br>        Individual and Representative Plaintiffs,<br><br>    v.<br><br>SALESFORCE, INC.,<br><br>        Defendant. | Master File Case No. 3:25-cv-08862-CRB<br>Consolidated with Case No. 3:25-cv-09560-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1** |

1       To facilitate the efficient management of the consolidated action filed against Salesforce, Inc., currently captioned as *Tanzer, et al. v. Salesforce, Inc.*, Case No. 3:25-cv-08862-CRB, involving claims of Direct Copyright Infringement pursuant to 17 U.S.C. § 106, the Court hereby **ORDERS** as follows:

   1. The provisions of this Order shall govern the practice and procedures in the consolidated action *Tanzer, et al. v. Salesforce, Inc.*, Case No. 3:25-cv-08862-CRB, which the Court consolidated pursuant to a stipulation by the Parties. *See* Dkt. No. 17.

   2. In any cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact, Plaintiffs and/or the party responsible for the filing, removal, and/or transfer shall file a notice of related case under Civil Local Rules 3-12 and 7-11 and a stipulation or administrative motion to consolidate actions within fourteen (14) days after the filing, removal, or transfer of the case (whichever is later).

   3. Every pleading or motion filed on the master docket shall bear the caption:

   | *In re Salesforce LLM Copyright Infringement Litigation* | Master File No. 3:25-cv-08862-CRB |
   |---|---|

   4. The docket for the *Alexander* Action, Case No. 3:25-cv-09560-CRB (N.D. Cal. Nov. 5, 2025) shall be administratively closed.

   5. Each attorney of record is obligated to become a Northern District of California ECF User and be assigned a user ID and password for access to the system. If she or he has not already done so, counsel shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and instructions can be found on the Court's website at www.cand.uscourts.gov/ cm-ecf. The docket in Case No. 3:25-cv-08862-CRB will constitute the master docket. All filings shall be filed in the master docket.

   6. A copy of this Order shall be filed by the Clerk in any subsequent actions filed against Salesforce, Inc. related to "*In re Salesforce LLM Copyright Infringement Litigation*."

   7. Counsel are directed to familiarize themselves with the Northern District of California's Local Rules, the Standing Order for All Judges of the Northern District of California, the Court's standing orders, and the Guidelines for Professional Conduct for the Northern District of California.

8. As part of counsel's duties under Federal Rule of Civil Procedure 11, anyone who signs a brief or other court filing that was created, in whole or in part, using AI certifies to the Court that they have checked and verified the accuracy of the cited legal authorities.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            Hon. Charles R. Breyer
                                            United States District Judge

| | | |
|---|---|---|
| Dated: February 6, 2026 | By: | _/s/ Joseph R. Saveri_ |

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
Avery M. Wolff (*Pro Hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
         cyoung@saverilawfirm.com
         wcastillo@saverilawfirm.com
         awolff@saverilawfirm.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com
         adavis@stranchlaw.com
         jsamra@stranchlaw.com

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email:  kswope@cpmlegal.com
         tloeser@cpmlegal.com
         afuller@cpmlegal.com
         jalhadeff@cpmlegal.com

1
2   Joseph I. Marchese (*pro hac vice* to be filed)
    Julian C. Diamond (*pro hac vice* to be filed)
3   Caroline C. Donovan (*pro hac vice* to be filed)
4   **BURSOR & FISHER, P.A.**
    1330 Avenue of the Americas, 32nd Floor
    New York, NY 10019
5   Tel: (646) 837-7150
    Fax: (212) 989-9163
6   Email:  jmarchese@bursor.com
7           jdiamond@bursor.com
            cdonovan@bursor.com
8
    *Attorneys for Individual and Representative*
9   *Plaintiffs E. Molly Tanzer, Jennifer Gilmore,*
    *Tasha Alexander, Jon McGoran, and Art*
    *Kleiner*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28