JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

*Attorneys for Defendant*
SALESFORCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Salesforce LLM Copyright Infringement Litigation* | Master File No. 3:25-cv-08862-CRB<br><br>**SALESFORCE'S ANSWER TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT** |

**SALESFORCE, INC.'S ANSWER TO**
**PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT**

Defendant Salesforce, Inc. ("Salesforce") hereby answers Plaintiffs' First Amended Consolidated Complaint ("Consolidated Complaint"). Any and all allegations not specifically admitted herein are denied. To the extent the Consolidated Complaint asserts conclusions of law, such conclusions of law require no response. To the extent any response is required to headings or other unnumbered paragraphs in the Consolidated Complaint, Salesforce denies the factual allegations, if any, contained in such headings or unnumbered paragraphs.

**RESPONSE TO OVERVIEW**

1. Salesforce admits that it developed its XGen series of large language models ("LLMs"). To the extent that the allegations of this paragraph purport to quote or reference Salesforce's public statements, the full text of those statements speaks for itself. To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that link, Salesforce denies those allegations. Salesforce denies any remaining allegations in this paragraph.

2. Denied.

3. Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Plaintiffs and third parties, and on that basis denies them. Salesforce denies any remaining allegations in this paragraph.

4. Denied.

5. Denied.

6. Denied.

**RESPONSE TO JURISDICTION AND VENUE**

7. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent a response is deemed required, Salesforce admits that the federal district courts have subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. Salesforce denies any remaining allegations in this paragraph.

8.      The allegations of this paragraph state legal conclusions to which no response is required.  To the extent a response is deemed required, Salesforce admits that it is headquartered in this District.  Salesforce admits that it developed its XGen series of LLMs.  For the purpose of this matter only, Salesforce admits that personal jurisdiction and venue are proper.  Salesforce denies any remaining allegations in this paragraph.

9.      The allegations of this paragraph state legal conclusions to which no response is required.  To the extent a response is deemed required, Salesforce admits that venue is proper. Salesforce denies any remaining allegations in this paragraph.

## **RESPONSE TO PARTIES**

### A.      **RESPONSE TO PLAINTIFFS**

10.      Salesforce lacks knowledge or information sufficient to admit or deny allegations of this paragraph about Plaintiff, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

11.      Salesforce lacks knowledge or information sufficient to admit or deny allegations of this paragraph about Plaintiff, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

12.      Salesforce lacks knowledge or information sufficient to admit or deny allegations of this paragraph about Plaintiff, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

13.      Salesforce lacks knowledge or information sufficient to admit or deny allegations of this paragraph about Plaintiff, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

14.      Salesforce lacks knowledge or information sufficient to admit or deny allegations of this paragraph about Plaintiff, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

15.      Salesforce lacks knowledge or information sufficient to admit or deny allegations of this paragraph about Plaintiffs, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

**B.    RESPONSE TO DEFENDANT**

16.    Salesforce admits that Salesforce, Inc. is a Delaware corporation.  Salesforce admits that its principal place of business is at 415 Mission Street, 3rd Floor, San Francisco, CA 94105.

**C.    RESPONSE TO AGENTS AND CO-CONSPIRATORS**

17.    Denied.

18.    Denied.

<u>**RESPONSE TO FACTUAL ALLEGATIONS**</u>

**A.    Response to "The Pile" and "RedPajama" Contain Plaintiffs' and Class Members' Works.**

19.    Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Plaintiffs and third parties, and on that basis denies them. Salesforce denies any remaining allegations in this paragraph.

20.    Salesforce admits that the paper *The Pile: An 800GB Dataset of Diverse Text for Language Modeling*, available at https://arxiv.org/abs/2101.00027 was submitted to arXiv in December 2020.  To the extent the allegations of this paragraph purport to quote from or reference the paper, the full text of that paper speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the paper, Salesforce denies those allegations.  Salesforce denies any remaining allegations in this paragraph.

21.    Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

22.    To the extent the allegations of this paragraph purport to reference public statements of a third party, those statements speak for themselves.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with public statements, Salesforce denies those allegations.  Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about a third party, and on that basis denies them. Salesforce denies any remaining allegations in this paragraph.

23.     Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

24.     To the extent the allegations of this paragraph purport to quote from or reference the Hugging Face website, the full text of that website speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that link, Salesforce denies those allegations.  Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about a third party, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

25.     To the extent the allegations of this paragraph purport to quote from or reference the Hugging Face website, the full text of that website speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that link, Salesforce denies those allegations.  Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

26.     Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

27.     Salesforce lacks knowledge or information sufficient to admit or deny the allegations in this paragraph about Plaintiffs, and on that basis denies them.

**B.     Response to AI Models Require Datasets.**

28.     Salesforce admits that LLMs are a type of AI software that generate new content in response to user inputs.  Salesforce denies any remaining allegations in this paragraph.

29.     Salesforce admits that LLMs are software programs that are part of the category of generative AI.  Salesforce admits that LLMs are trained on a massive amount of text data, typically referred to as a training dataset.  Salesforce denies any remaining allegations in this paragraph.

30.     Salesforce admits that generally, training an LLM involves a multi-stage process that may include data acquisition and curation.  Salesforce admits that the training process

sometimes involves ablation studies. Salesforce admits that pre-training is a process that uses sophisticated statistical techniques to adjust the LLM's parameters (also known as weights) by analyzing a massive corpus of diverse data. Salesforce admits that a pre-trained model may be fine-tuned and that fine-tuning a model may involve training a model on additional data. Salesforce denies any remaining allegations in this paragraph.

31.    Salesforce admits that acquiring and curating data is part of training an LLM. Salesforce denies any remaining allegations in this paragraph.

32.    Salesforce admits that training an LLM requires a massive corpus of diverse data. Salesforce admits that selection and curation of training data is part of training an LLM. Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them. Salesforce denies any remaining allegations in this paragraph.

33.    Salesforce admits that pretraining is part of training an LLM. Salesforce admits that pre-training requires many training steps, which include using sophisticated statistical techniques to gradually adjust a model's weights (or parameters) by analyzing a massive corpus of diverse data. Salesforce denies the remaining allegations in this paragraph.

34.    Salesforce admits that engineers may conduct ablation experiments as part of training an LLM. Salesforce denies any remaining allegations in this paragraph.

35.    Salesforce admits that LLMs generate new content in response to user inputs. Salesforce admits that the weights of the LLMs are used to process a prompt and generate an output. Salesforce denies any remaining allegations in this paragraph.

36.    Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them. Salesforce denies any remaining allegations in this paragraph.

**C.      Response to Salesforce Creates a Library of Pirated Books to Develop its Large Language Models**

37.      Salesforce admits that it was founded in 1999.  Salesforce admits that it provides a cloud-based customer relationship management technology to its clients.  Salesforce denies any remaining allegations in this paragraph.

38.      Salesforce admits that it released CodeGen 1.0 in March 2022.  Salesforce admits that it submitted to arXiv a paper titled *CodeGen: An Open Large Language Model for Code with Multi-Turn Program Synthesis*, available at https://arxiv.org/pdf/2203.13474.pdf.  To the extent the allegations of this paragraph purport to quote from or reference the paper, the full text of that paper speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the paper, Salesforce denies those allegations.  Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

39.      Denied.

40.      Salesforce admits that it released its XGen series in June 2023.  Salesforce admits that the XGen series consists of the XGen-7B-4K-base, XGen-7B-8K-base, and XGen-7B-{4K, 8K}-inst models.  To the extent the allegations of this paragraph purport to quote from or reference a blog post, the full text of that post speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the blog post, Salesforce denies those allegations.  Salesforce denies any remaining allegations in this paragraph.

41.      Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Plaintiffs and third parties, and on that basis denies them.  Salesforce denies any remaining allegations in this paragraph.

42.      Salesforce admits that it uploaded its XGen models to GitHub as open-source models.  Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them.  To the extent the allegations of this paragraph purport to quote from or reference a publicly available webpage, the full text of that

page speaks for itself. To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that webpage, Salesforce denies those allegations. Salesforce denies any remaining allegations in this paragraph.

43.    Salesforce admits that Tian Xie is a former employee. To the extent the allegations of this paragraph purport to quote from or reference a publicly available webpage the full text of that webpage speaks for itself. To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that webpage, Salesforce denies those allegations. Salesforce denies any remaining allegations in this paragraph.

44.    Denied.

45.    To the extent the allegations of this paragraph purport to quote from or reference a publicly available webpage the full text of that webpage speaks for itself. To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that webpage, Salesforce denies those allegations. Salesforce denies any remaining allegations in this paragraph.

46.    Salesforce admits that on September 7, 2023, Salesforce submitted to arXiv a paper titled *XGen-7B Technical Report*, available at https://arxiv.org/pdf/2309.03450.pdf. To the extent the allegations of this paragraph purport to quote from or reference the paper, the full text of that paper speaks for itself. To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the paper, Salesforce denies those allegations. Salesforce denies any remaining allegations in this paragraph.

47.    Salesforce admits that on December 12, 2023, Salesforce published *Developing the New XGen: Salesforce's Foundational Large Language Models*, available at https://engineering.salesforce.com/developing-the-new-xgen-salesforces-foundational-large-language-models/. To the extent the allegations of this paragraph purport to quote from or reference a publicly available webpage the full text of that webpage speaks for itself. To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text available at that webpage, Salesforce denies those allegations. Salesforce denies any remaining allegations in this paragraph.

48.    Salesforce admits that it published a blog post *xGen-Sales: Next-Gen AI for Sales Cloud*, available at https://www.salesforce.com/blog/xgen-sales/.  To the extent the allegations of this paragraph purport to quote from or reference the blog post, the full text of that post speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the blog post, Salesforce denies those allegations.   Salesforce denies any remaining allegations in this paragraph.

49.    Salesforce admits that on May 2, 2025, Salesforce published a blog post *xGen-small: Enterprise-Ready Small Language Models*, available at https://www.salesforce.com/blog/xgen-small-enterprise-ready-small-language-models/.   To the extent the allegations of this paragraph purport to quote from or reference the blog post, the full text of that post speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the blog post, Salesforce denies those allegations.  Salesforce denies any remaining allegations in this paragraph.

50.    Denied.

51.    Denied.

52.    Denied.

**D.    Response to Salesforce's Piracy And Use of Copyrighted Works Is Not Fair Use.**

53.    Denied.

54.    Denied.

55.    Denied.

56.    Denied.

57.    To the extent the allegations of this paragraph purport to reference a publicly available study, the full text of that study speaks for itself.  To the extent the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full text of that study, Salesforce denies those allegations.  Salesforce lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about third parties, and on that basis denies them. Salesforce denies any remaining allegations in this paragraph.

58.     Salesforce admits that the statutory fair use factors are: (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and (4) the effect of the use upon the potential market for or value of the copyrighted work.  Salesforce denies any remaining allegations in this paragraph.

59.     Denied.

60.     Denied.

61.     Denied.

62.     Denied.

63.     Denied.

64.     Denied.

65.     Denied.

66.     Salesforce admits that Marc Benioff is the CEO of Salesforce.  Salesforce admits that Mr. Benioff participated in an interview with Bloomberg.  To the extent that the allegations of this paragraph purport to quote or reference Mr. Benioff's interview, the full text of the interview speaks for itself.  To the extent that the allegations of this paragraph purport to summarize or characterize or are inconsistent with the full content of that interview, Salesforce denies those allegations.  Salesforce denies any remaining allegations of this paragraph.

67.     Denied.

## **RESPONSE TO CLASS ALLEGATIONS**

68.     This paragraph recites a definition, to which no response is required.  To the extent a response is deemed required, denied.

69.     This paragraph recites a definition, to which no response is required.  To the extent a response is deemed required, denied.

70.     This paragraph recites a definition, to which no response is required.  To the extent a response is deemed required, denied.

71.     Denied.

1    72.    Denied.

2    73.    Denied.

3    74.    Denied.

4    75.    Denied.

5    **<u>RESPONSE TO CAUSE OF ACTION</u>**

6    **RESPONSE TO COUNT 1**

7    **Direct Copyright Infringement (17 U.S.C. § 501) against Defendant**

8    76.    This paragraph incorporates by reference the preceding allegations, and therefore no

9    response is required.  To the extent a response is deemed required, Salesforce incorporates by

10    reference its responses to paragraphs 1–75 as if fully set forth herein.

11    77.    Denied.

12    78.    Denied.

13    79.    Denied.

14    80.    Denied.

15    81.    Denied.

16    82.    Salesforce lacks knowledge or information sufficient to admit or deny the

17    allegations of this paragraph about Plaintiffs and third parties, and on that basis denies them.

18    Salesforce denies any remaining allegations in this paragraph.

19    83.    Denied.

20    84.    Denied.

21    85.    Denied.

22    86.    Denied.

23    87.    Denied.

24    88.    Denied.

25    89.    Denied.

26    90.    Denied.

27

28

SALESFORCE, INC.'S ANSWER TO FACC
3:25-cv-08862-CRB

1

## RESPONSE TO DEMAND FOR JUDGMENT

2

In response to the demand for judgment, Salesforce denies that Plaintiffs are entitled to the

3

requested relief, or to any relief whatsoever.

4

## RESPONSE TO JURY TRIAL DEMANDED

5

With respect to the jury demand contained in the Consolidated Complaint, Salesforce states

6

that no response is required but likewise demands a trial by jury.

7

## AFFIRMATIVE DEFENSES

8

In further answer to the allegations made by Plaintiffs in the Consolidated Complaint,

9

Salesforce asserts the following affirmative defenses.  Salesforce does not concede that it has the

10

burden of proof on the defenses listed below.

11

## FIRST AFFIRMATIVE DEFENSE

12

Plaintiffs' claim is barred, in whole or in part, because Plaintiffs do not own or hold

13

exclusive rights under 17 U.S.C. § 106 or any copyright law over each work that was allegedly

14

infringed by Salesforce.

15

## SECOND AFFIRMATIVE DEFENSE

16

Plaintiffs' claim is barred, in whole or in part, because the copyright registrations purporting

17

to cover some or all the works in dispute are invalid or otherwise do not satisfy the requirements of

18

17 U.S.C. §§ 411–412.

19

## THIRD AFFIRMATIVE DEFENSE

20

To the extent there is copying of copyrightable expression, that copying constitutes fair use.

21

## FOURTH AFFIRMATIVE DEFENSE

22

Plaintiffs' claim fails in whole or in part because the alleged use was validly licensed by

23

express or implied license.

24

## FIFTH AFFIRMATIVE DEFENSE

25

Plaintiffs' claim is barred, in whole or in part, by the doctrine of estoppel.

26

## SIXTH AFFIRMATIVE DEFENSE

27

Plaintiffs' claim is barred, in whole or in part, to the extent they claim rights to elements of

28

works or to works which are not protectable under copyright law, or that are in the public domain,

SALESFORCE, INC.'S ANSWER TO FACC
3:25-cv-08862-CRB

1   lack the requisite originality, are unregistered, or are works to which copyright protection has been
2   abandoned.

3                                **SEVENTH AFFIRMATIVE DEFENSE**

4          Plaintiffs' claim of copyright infringement is barred or limited by the doctrine of merger.

5                                **EIGHTH AFFIRMATIVE DEFENSE**

6          Plaintiffs' claim of copyright infringement is barred or limited by the idea/expression
7   dichotomy.

8                                **NINTH AFFIRMATIVE DEFENSE**

9          Plaintiffs' claim of copyright infringement is barred or limited because the material in which
10  Plaintiffs claim copyright constitutes "*scènes à faire*."

11                               **TENTH AFFIRMATIVE DEFENSE**

12         To the extent there is actionable copying of copyrightable expression, that copying is *de*
13  *minimis*.

14                               **ELEVENTH AFFIRMATIVE DEFENSE**

15         Plaintiffs' claim of copyright infringement is barred or limited because the material in which
16  Plaintiffs claim copyright constitutes unprotectable facts.

17                               **TWELFTH AFFIRMATIVE DEFENSE**

18         Plaintiffs' claim for damages is barred or limited by the Due Process Clause.

19                               **THIRTEENTH AFFIRMATIVE DEFENSE**

20         Salesforce reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil
21  Procedure, and any other defenses at law or in equity, that may now exist or in the future become
22  available based on discovery and further factual investigation.

23

24

25

26

27

28

SALESFORCE, INC.'S ANSWER TO FACC
3:25-cv-08862-CRB

1    Dated: February 19, 2026                          Respectfully submitted,

2                                                      MORRISON & FOERSTER LLP

3

4                                                      By: */s/ Joseph C. Gratz*
                                                          Joseph C. Gratz
5                                                         Tiffany Cheung

6                                                         *Attorneys for Defendant*
                                                          SALESFORCE, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SALESFORCE, INC.'S ANSWER TO FACC
3:25-cv-08862-CRB