UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. MOLLY TANZER, et al.          ,

Plaintiff(s),

v.

SALESFORCE, INC.          ,

Defendant(s).

Case No. 3:25-cv-08862-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** :ORDER (CIVIL LOCAL RULE 11-3)

I, Sara Talebian          , an active member in good standing of the bar of District of Columbia (DC)          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Salesforce, Inc.          in the above-entitled action. My local co-counsel in this case is Joseph C. Gratz          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 240676          .

2100 L Street, NW Ste 900, Washington, D.C. 20037     425 Market Street, San Francisco, CA 94105-2482
MY ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202.887.1500          415.268.7000
MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

STalebian@mofo.com          JGratz@mofo.com
MY EMAIL ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1779112          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

/s/Sara Talebian
APPLICANT
Sara Talebian

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sara Talebian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 24, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Charles R. Breyer

United States District Court
Northern District of California

Updated 11/2021

2