UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re Salesforce LLM Copyright Infringement Litigation*

Case No. 3:25-cv-08862-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Christian Marcelo, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Salesforce, Inc. in the above-entitled action. My local co-counsel in this case is Joseph C. Gratz & Tiffany Cheung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 240676 and 211497.

925 4th Avenue, Fl 38, Seattle, WA 98104
MY ADDRESS OF RECORD

425 Market Street, San Francisco, CA 94105-2482
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206.327.6382
MY TELEPHONE # OF RECORD

415.268.7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

CMarcelo@mofo.com
MY EMAIL ADDRESS OF RECORD

JGratz@mofo.com and TCheung@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51193.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2026

/s/Christian W. Marcelo
APPLICANT
Christian W. Marcelo

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christian W. Marcelo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 3, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Charles R. Breyer