Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       cyoung@saverilawfirm.com
       wcastillo@saverilawfirm.com

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email:  kswope@cpmlegal.com
        tloeser@cpmlegal.com
        afuller@cpmlegal.com
        jalhadeff@cpmlegal.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com
       adavis@stranchlaw.com
       jsamra@stranchlaw.com

*Attorneys for Individual and Representative Plaintiffs E. Molly Tanzer, Jennifer Gilmore, Tasha Alexander, Jon McGoran, and Art Kleiner*

*Additional counsel on signature block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Salesforce LLM Copyright Infringement Litigation* | Master File No. 3:25-cv-08862-CRB<br><br>**NOTICE OF DISCOVERY DISPUTE AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE**<br><br>Judge:      Charles R. Breyer<br>Action Filed: 10/15/2025 |

Under Section 2 of this Court's Standing Order, Plaintiffs notify the Court of an anticipated discovery dispute and request a referral to a magistrate judge. Upon referral, the parties will follow the discovery procedures of the magistrate judge (including any required meet and confer procedures).

Date: May 6, 2026

Respectfully submitted,

By:  */s/ William W. Castillo Guardado*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
         cyoung@saverilawfirm.com
         wcastillo@saverilawfirm.com

Avery M. Wolff (*pro hac vice)*
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, NY 10017
Telephone: (212) 970-0300
Facsimile: (212) 970-0301
Email: awolff@saverilawfirm.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com
         adavis@stranchlaw.com
         jsamra@stranchlaw.com

Master File No. 3:25-cv-08862-CRB                                    1

NOTICE OF DISCOVERY DISPUTE AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email:  kswope@cpmlegal.com
        tloeser@cpmlegal.com
        afuller@cpmlegal.com
        jalhadeff@cpmlegal.com

Joseph I. Marchese (*pro hac vice* to be filed)
Julian C. Diamond (*pro hac vice* to be filed)
Caroline C. Donovan (*pro hac vice* to be filed)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email:  jmarchese@bursor.com
        jdiamond@bursor.com
        cdonovan@bursor.com

*Attorneys for Individual and Representative Plaintiffs E. Molly Tanzer, Jennifer Gilmore, Tasha Alexander, Jon McGoran, and Art Kleiner*