UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Salesforce LLM Copyright

Infringement Litigation

Case No.3:25-cv-08862-CRB

**ORDER OF REFERENCE**

Re: Dkt. No. 49

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California