UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Salesforce LLM Copyright
Infringement Litigation

Case No. 3:25-cv-08862-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**: ORDER
(CIVIL LOCAL RULE 11-3)

I, Ellen J Wen , an active member in good standing of the bar of WASHINGTON , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jon McGoran in the above-entitled action. My local co-counsel in this case is THOMAS E. LOESER , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 20270 .

1809 7th ave, Ste. 1610, Seattle, WA 98101
MY ADDRESS OF RECORD

840 Malcom Rd,Ste200,Burlingame,CA 94010
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-802-1272
MY TELEPHONE # OF RECORD

650-697-600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

EWen@cpmlegal.com
MY EMAIL ADDRESS OF RECORD

tloeser@cpmlegal.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 61324 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____5/28/26_____

Ellen J Wen
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Ellen J Wen__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___May 29, 2026___



UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2