Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
        cyoung@saverilawfirm.com
        wcastillo@saverilawfirm.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
Email:  lweaver@stranchlaw.com
        adavis@stranchlaw.com
        jsamra@stranchlaw.com

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice* to be filed)
Ellen J Wen (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email:  kswope@cpmlegal.com
        tloeser@cpmlegal.com
        afuller@cpmlegal.com
        jalhadeff@cpmlegal.com
        ewen@cpmlegal.com

*Attorneys for Individual and Representative Plaintiffs*
*E. Molly Tanzer, Jennifer Gilmore, Tasha Alexander,*
*Jon McGoran, and Art Kleiner*

*[Additional counsel on signature block below]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Salesforce LLM Copyright Infringement Litigation* | Master File Case No. 3:25-cv-08862-CRB <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMIT FOR JOINT DISCOVERY LETTER REGARDING CUSTODIANS** <br><br> Judge:    Honorable Robert M. Illman |

Pursuant to Magistrate Judge Robert M. Illman's Standing Order and Civil Local Rule 7-12, Plaintiffs and Defendant, through their attorneys, stipulate as follows:

1

The parties have a dispute concerning Plaintiffs' request for additional custodians pursuant to the ESI Protocol entered in this case. ECF No. 48. The parties have met and conferred regarding this dispute and are preparing to submit a joint discovery letter to the Court. Plaintiffs need three and a half pages for their portion of the letter. Defendant is agreeable to expanding the page limit for the joint discovery letter to a total of seven (7) pages so that each side can have up to three and a half pages to present their respective positions.

The parties agree that they may each have up to three and a half pages to present their respective positions in their forthcoming joint letter brief regarding custodians.

**IT IS SO STIPULATED.**

DATED: June 10, 2026

Respectfully submitted,

*s/ Karin B. Swope*
Karin B. Swope (pro hac vice)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Email: kswope@cpmlegal.com

*/s/ Joseph R. Saveri*
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*/s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com

*Attorneys for Individual and Representative Plaintiffs E. Molly Tanzer,*

STIP AND [PROPOSED] ORDER
EXPANDING PAGE LIMIT

Case No. 3:25-cv-08862-CRB

*Jennifer Gilmore, Tasha Alexander, Jon McGoran, and Art Kleiner*

*/s/ Christian W. Marcelo*
JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000

CHRISTIAN W. MARCELO (WA Bar No. 51193)
(admitted *pro hac vice*)
cmarcelo@mofo.com
MORRISON & FOERSTER LLP
925 Fourth Avenue, Floor 38
Seattle, WA 98104
Telephone:     206.260.8813

SARA TALEBIAN (DC Bar No. 1779112)
(admitted *pro hac vice*)
STalebian@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, D.C.  20037
Telephone:     202.887.1500

*Attorneys for Defendant*
SALESFORCE, INC.

3

**[PROPOSED ORDER]**

On stipulation of the parties, and for good cause appearing, the Court orders that Plaintiffs and Defendant shall have three and a half pages each to set forth their respective positions in their forthcoming joint discovery letter regarding custodians.

**IT IS SO ORDERED.**

DATED:_____        _____

Honorable Robert M. Illman
United States Magistrate Judge

STIP AND [PROPOSED] ORDER                                Case No. 3:25-cv-08862-CRB
EXPANDING PAGE LIMIT

## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

/s/ Ellen J Wen_____
Ellen J Wen

STIP AND [PROPOSED] ORDER                                    Case No. 3:25-cv-08862-CRB
EXPANDING PAGE LIMIT