UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

E. MOLLY TANZER, et al.,

         Plaintiffs,

    v.

SALESFORCE, INC.,

         Defendant.

Case No.  25-cv-08862-CRB (RMI)

**ORDER ON DISCOVERY LETTER BRIEF**

Re: Dkt. No. 57

Before the court is the parties' Joint Discovery Letter Brief. (Dkt. 57.) The Court heard the matter on July 7, 2026.

While the parties have agreed to eight document custodians, which include the Senior Director, Executive Vice President, and Chief Scientist, Plaintiffs seek to add seven additional custodians on the ground of relevancy, asserting that this request is reasonable and proportional to the needs of the case. The additional requested custodians include the Chief Executive Officer, Chief Product Officer, Chief Engineering and Customer Success Officer, Executive Vice President of Salesforce AI, Vice President of AI Product, a researcher, and a policy developer.

At the hearing, Plaintiffs stated they have not yet received discovery from the eight agreed upon custodians because discovery in this case has just begun. As such, Plaintiffs were unable to make a sufficient showing of how the additional custodians would be non-duplicative and gap-filling. *See, e.g.*, *Handloser v. HCL Am., Inc.*, No. 19CV01242LHKVKD, 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020) ("The Court cannot discern why plaintiffs expect to discover information from these three custodians that differs from discovery they have already obtained from the other 16 custodians, including (apparently) these three custodians' direct supervisors.").

Accordingly, Plaintiffs' request for the additional custodians is DENIED.

**IT IS SO ORDERED.**

Dated: July 8, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

2